# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BOSTON, MASS

FILED IN CLERKS OFFICE
2004 JUN 21  P 1:28
US DISTRICT COURT
DISTRICT OF MASS

DKT# A 44, 44.9521

## UNITED STATES
## v
## Campana Fernando

### Defendant's Motion for Relief from Judgement or Order.

Now comes the defendant Campana Fernando in the above entitled matter in pursuant to Mass. R. Civ. P. rule 60 (A) (B) and respectfully requests this Honorable Court to accept and allow the defendants motion to request relief from Judgement of Order. So the defendant may persue a complaint to establish paternity at a probate hearing.

Respectfully Submitted

Campana Fernando

DAY June, 16, 2004

# Statement of the facts

With respect to the Massachusetts law:
   that paternity needs to be established, there are rules for establishing paternity in a particular proceeding and the fact that there is a presumption in that proceeding.
   A person born of two people who were not married at the time who later marry and where the father has his name on the birth certificate, he is then to be presumed the father of the child.
   The technical issue here whether Jose Francisco Campana is the father of Campana Fernando but rather whether he has been legitimated under the laws of either Massachusetts or Dominican Repulic so that being the father is not enough to make him a citizen but neither is being the father enough to keep him from being a citizen here it is paperwork or the effect of laws the function without their being any paperwork
   Quoting from G. L. chapter 209(c) Section (6) talks about paternity, whether by acknowledgment or by adjudication Section (6) starts with (and it begins with all action under this chapter, a man is presumed to be the father of a child and must be joined to the party if, and then it goes out to delineate the different circumstances.)
   In Section (1) children born to parents who are not married to each other shall be entitled to the same rights and protections of the law as all other children. This is the statement of the policy of the State of Massachusetts.
   The next sentence says, (it is the purpose of this chapter to establish a means for such children either to be acknowledged by their parents, voluntarily or on complaint by one or the other parents or such other person or agency as is filed, to file a complaint and so on.)

1

## Statement of the Facts

Section 6, talks about actions under this chapter talking about the second part after the word or whether or not there is any acknowledgment voluntary acknowledgment by the parents that would constitute a legitimation under Massachusetts law without going through one of those actions

Immigration law here is exactly the same thing as the means of establishing legitimation or the means of establishing paternity. this refers to there being two ways, one is a complaint under this section and the other is an acknowledgment voluntary.

The defendant could bring an action to establish paternity.

Section 320(A) provision of the child Citizen act of 2000. (P.L. 106-395) provides for automatic derivation of citizenship through a single parent where the statutory elements occur to prior the childs eighteenth birthday.

Which became effective on Febuary 27, 2001 and was not retroactive for children who turned age 18. prior to that date.

It states in Massachusetts law that if there is a birth certificate, if the father's name is on the birth certificate, that's enough to legitimate the person according to the laws of Massachusetts.

Some Courts state. Just an open and notorious acknowledgment of a child as one's own is enough to legitimate that child, and then later on if there is any dispute about whether the child has been legitimated the action does not necessarily legitimate the child but rather recognizes the child as having been legitimated by the father's open and notorious actions at the time of birth or afterwards



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

| | |
|---|---|
| **CAMPANA JANSEN, FERNANDO**<br>**26 LONG POND RD H-3- 403**<br>**PLYMOUTH, MA 02360-0000** | **Office of the District Counsel/BO**<br>**P.O. Box 8728**<br>**Boston, MA 02114** |

**Name: CAMPANA JANSEN, FERNANDO**                A44-449-521

<u>D</u>ate of this notice: 05/21/2004

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*/s/ F.F. K*

Frank Krider
Acting Chief Clerk

Enclosure

Panel Members:
    PAULEY, ROGER

Page 1

Citation/Title
429 F.Supp. 549, Petition for Naturalization of Fraga, (D.Puerto Rico 1974)

*549   429 F.Supp. 549

United States District Court, D. Puerto Rico.

**Petition for Naturalization of Carlos Antonio FRAGA, in behalf of Carlos Jesus Fraga (Beneficiary).**

Misc. No. 74-8.
Oct. 8, 1974.

A naturalized United States citizen petitioned for naturalization of his 12-year-old son, an illegitimate, born in Venezuela and acknowledged as petitioner's natural son in the son's birth certificate. The District Court, Toledo, Chief Judge, held that the child qualified for naturalization under the Immigration and Nationality Act.

Petition granted.

West Headnotes

   Aliens ⚷63

   24 ----
      24IV Naturalization
         24k63 Minor Residents.

Illegitimate child of naturalized United States citizen qualified for naturalization as "child" where, although he was born out of wedlock and not legitimized by his parents' later remarriage, he had been acknowledged as his father's natural son in his birth certificate. Immigration and Nationality Act, §§ 101(c)(1), 322(a), 335(b), 8 U.S.C.A. §§ 1101(c)(1), 1433(a), 1446(b); Const. Puerto Rico art. 2, §§ 1, 7; 31 L.P.R.A. §§ 441, 466, 481, 482.

Carlos Antonio Fraga, pro se.

U. S. Dept. of Justice, Immigration and Naturalization Service, Hato Rey, P. R., for plaintiff.

*550 OPINION AND ORDER

TOLEDO, Chief Judge.

The petitioner is a 46 year old citizen of the United States, native of Cuba, naturalized in the United States District Court at San Juan, Puerto Rico on August 26, 1970. He has filed the petition on behalf of the minor beneficiary (his son), a twelve year old male, native and natural of Venezuela who has continuously resided in the United States since his lawful admission for

Copyright (c) West Group 2002 No claim to original U.S. Govt. works

Exbit #2

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB NO. 1115-0087

# Freedom of Information/Privacy Act Request

The completion of this form is optional.
Any written format for Freedom of Information or Privacy Act requests is acceptable.

**START HERE** – Please type or print and read instructions on the reverse before completing this form.

1. **Type of Request:** *(Check appropriate box)*
   - [x] Freedom of Information Act (FOIA) *(Complete all items except 7)*
   - [ ] Privacy Act (PA) *(Item 7 must be completed in addition to all other applicable items)*
   - [ ] Amendment *(PA only. Item 7 must be completed in addition to all other applicable items)*

2. **Requester Information:**

   Name of Requester: **Fernando Campana Jansen**
   Daytime Telephone: _____
   Address (Street Number and Name): **26 Long Pond Road**  Apt. No: **H-3 Cell. H-403**
   City: **Plymouth**  State: **MA**  Zip Code: **02360**

   By my signature, I consent to the following:
   Pay all costs incurred for search, duplication, and review of materials up to $25.00, when applicable. *(See Instructions)*
   Signature of requester: **Campana Fernando**

   - [x] Deceased Subject - **Proof of death must be attached** *(Obituary, Death Certificate or other proof of death required)*

3. **Consent to Release Information:** *(Complete if name is different from Requester)(Item 7 must be completed)*

   Print Name of Person Giving Consent: **Fernando Campana**
   Signature of Person Giving Consent: **Campana Fernando**

   By my signature, I consent to the following: *(check applicable boxes)*
   - [ ] Allow the Requester named in item 2 to see [x] all of my records or [ ] a portion of my record. If a portion, specify what part *(i.e. copy of application)* **Jose Francisco Campana**

   *(Consent is required for records for United States Citizens (USC) and Lawful Permanent Residents (LPR))*

4. **Action Requested (Check One):** [x] Copy   [ ] In-Person Review

5. **Information needed to search for records:**
   Specific information, document(s), or record(s) desired *(Identify by name, date, subject matter, and location of information)*
   **I need All of Jose Francisco Campana Citizen Record.**

   Purpose: *(Optional, you are not required to state the purpose for your request; however, doing so may assist the INS in locating the records needed to respond to your request.)*

6. **Data NEEDED on SUBJECT of Record** *(If data marked with asterisk (*) is not provided records may not be located)*

   | *Family Name: **CAMPANA** | Given Name: **JOSE** | Middle Initial: |
   |---|---|---|
   | *Other names used, if any: **FRANCISCO** | *Name at time of Entry into the U.S: **Jose Francisco Campana** | I-94 Admissions #: |
   | *Alien Registration #: | *Petition or Claim Receipt #: | *Country of Birth: **Dominican R**  *Date of Birth or Appx Year: **January 22-1949** |
   | Names of other family members that may appear on requested record: **Josefina Campana** ([x] Spouse / Daughter / Son) | | |
   | Country of Origin (Place of Departure): | Port of Entry into the U.S: | Date of Entry: |
   | Manner of Entry (Air, Sea, Land): | Mode of Travel (Name of Carrier): | SSN: **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** |
   | Name of Naturalization Certifications: | Certificate #: | Naturalization Date: |
   | Address at the time of Naturalization: | Court and Location: | |

U.S. Department of Homeland Security
JFK Federal Bldg
Government Center
Boston, MA 02203



**U.S. Citizenship and Immigration Services**

February 10, 2004

BOS2004000314

Fernando Campana
PLYMOUTH COUNTY HOUSE OF CORRECTIONS
26 LONG POND ROAD, ID#36143, UNIT - H
PLYMOUTH, MA 02760

Dear Fernando Campana:

We received your request for information relating to CAMPANA REYNOSO, JOSE FRANCISCO on 02/10/2004.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C.552). It has been assigned the following control number: BOS2004000314. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests.

We will answer your request as quickly as possible. If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer.

Sincerely,

*[signature]*

Karen-Anne Haydon
ADD/Examination

*Exbite #13*

www.uscis.gov

U.S. Department of Homeland Security
JFK Federal Bldg
Government Center
Boston, MA 02203



U.S. Citizenship
and Immigration
Services

March 3, 2004

BOS2004000527

Fernando Campana Jansen
26 LONG POND ROAD
H-3 CELL. H -403
Plymouth, MA 02360

Dear Fernando Campana Jansen:

Your request was received in this office on 03/03/2004, regarding Campana, Jose. We have completed our search for records responsive to your request but did not locate any. If you still believe that we have records within the scope of your request, and can provide us with additional information, we will conduct another search. If you elect to request another search, we recommend that you NOT follow the appeals procedure described below until we have completed the search.

If you elect to file an appeal, you may submit the finding in this matter by writing to FOIA/PA Appeals Office, Department of Homeland Security, 425 I St., NW, Washington, DC 20536 within sixty (60) days of receipt of this letter. Your letter should reference the INS control number above and the letter and envelope should be clearly marked "FOIA/PA Appeal."

If you should have any additional questions about your request, please direct your inquiries to this office at the above address.
Sincerely,

Karen-Anne Haydon
ADD/Examination


Exbite # 13

www.uscis.gov

OPTIONAL FORM 155A (REV 6-91)
DEPT OF STATE

NSN 7540-01-128-7761

# IMMIGRANT VISA AND ALIEN REGISTRATION

IV-44,449,521

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

OF: (Family Name) JANSEN, (First Name) CAMPANA FERNANDO (Middle Name)

ACTION BY IMMIGRATION INSPECTOR

NYC

JAN 28 1994

IR-2

#44449521

INS FILE # IF KNOWN

THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA (Name of vessel or flight no. of arrival)
AA-902          Jan 28, 1994

INELIGIBILITY FOR VISA WAIVED UNDER SECTION
☐ 212(e)   ☐ 212(h)
☐ 212(g)   ☐ 212(i)

CITY AND COUNTRY OF BIRTH
SANTO DOMINGO, DOMINICAN REPUBLIC

CITY AND COUNTRY OF LAST RESIDENCE
SANTO DOMINGO, DOMR

MO-DAY-YR OF BIRTH
16NOV1979

NATIONALITY
DOMINICAN

MARITAL STATUS: ☒ S

MOTHER'S FIRST NAME
SONIA

FATHER'S FIRST NAME
JOSE

FINAL ADDRESS IN THE UNITED STATES

STREET ADDRESS, INCLUDE-IN CARE OF & APT# IF APPLICABLE
46 SHERMAN ST

CITY, STATE, AND ZIP CODE
PASSAIC, NJ
07055

SEC. 212(a)(5)(A) LABOR CERTIFICATION
☐ NOT APPLICABLE   ☒ NOT REQUIRED   ☐ ATTACHED

OCCUPATION
STC STUDENT

SEX: ☒ M ☐ F

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN EMBASSY AT SANTO DOMINGO

_(signature)_ Consular Officer of the United States of America

IMMIGRANT CLASSIFICATION
CLASSIFICATION SYMBOL
IR2

FOREIGN STATE/OTHER AREA LIMITATION
DOMINICAN REPUBLIC

SDO199185130801 44449521

ISSUED ON
20JAN1994

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF
19MAY1994

PASSPORT NO.
0575129-92-032914

OR OTHER TRAVEL DOCUMENTS (Describe)

RESERVED

rff No. 21
Paid $
Local Currency Equivalent

TION OF I.J.

ACTION ON APPEAL

U.S.P.H.S.

IV-44,449,521

000189

*I, the undersigned, hereby certify that I hold the office of _____ City Registrar of the City of Boston and I certify the following facts appear on the records of Births, Marriages and Deaths kept in said City as required by law.*

---

## The Commonwealth of Massachusetts
### STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

**REGISTERED NUMBER:** 05300

| Field | Value |
|---|---|
| Decedent Name | Jose Francisco Campana |
| Sex | Male |
| Date of Death | July 21 1986 |
| Place of Death (City or Town) | Boston |
| County of Death | Suffolk |
| Hospital or Other Institution | 112 Magnolia Street |
| If in Hospital (DOA) | n/a |
| Race | Spanish |
| Age (Last Birthday) | 37 |
| Date of Birth | January 22 1949 |
| State of Birth | Republica Dominica |
| Married/Never Married/Widowed/Divorced | married |
| Spouse (maiden name) | Josefina Rodriguez |
| Usual Occupation | Welder |
| Kind of Business or Industry | Self-employed |
| Social Security Number | 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 |
| U.S. War Veteran | - - - |
| Residence | 112 Magnolia St Boston Suffolk Mass 02175 |
| Father Full Name | Diogenes Cirilo Campana |
| State | Republica Dominica |
| Mother Name (Given, Maiden) | Ana Donitila Reynoso |
| State | Republica Dominica |
| Informant Name and Address | Josefina Campana 112 Magnolia St Boston Suffolk Mass 02125 |
| Relationship | Wife |
| Type of Disposition | Burial |
| Date of Disposition | July 26 1986 |
| Place of Disposition and Location | St Raymond Cemetery |
| City or Town, State | Bronx New York |
| Funeral Service Licensee | A Gerald Rodgers |
| Name of Facility | Mann & Rodgers Funeral Home |
| Address of Facility | 44 Perkins St Boston Mass |

**Cause of Death — Part I (Immediate Cause):** ACUTE COCAINE INTOXICATION.
**Interval between onset and death:** MINUTES

**Autopsy:** YES
**Was case referred to Med Exam:** YES

**Acc, Suicide, Hom, Undet or Pending Invest:** UNDETERMINED

**Signature and Title (Medical Examiner):** Douglas S. Dixon, M.D.
**Date Signed:** SEPTEMBER 5, 1986
**Hour of Death:** UNKNOWN
**Pronounced Dead:** JULY 22, 1986 at 1:01 A.M.

**Name and Address of Certifying Physician or Medical Examiner:** DOUGLAS S. DIXON, M.D., MEDICAL EXAMINER, 785 MASSACHUSETTS AVENUE, BOSTON, MA 02118

**Burial Permit Issued On:** JULY 23, 1986 — M. DICKERSON, MA
**Received in the City of Town:** BOSTON — Judith A. McCarthy — JUL 24 1986

---

I further certify that by annexation, Records of the following named cities and towns are in the custody of the City Registrar of Boston:—

| | Annexed |
|---|---|
| at Boston | 1637 |
| uth Boston | 1804 |
| xbury | 1868 |
| rchester | 1870 |
| arlestown | |

WITNESS my hand and the SEAL of the CITY REGISTRAR

SEP  11  86

on this ____ Day of ____ A.D. 19__

*Judith A. McCarthy*, Registrar

By Chapter 314 of the Acts of 1892, "the certificates of attestations..."



Form. OC–No. 11



REPUBLICA DOMINICANA

## OFICIALIA DEL ESTADO CIVIL

### EXTRACTO DE ACTA
(Art. 99 Ley No. 659, del 17-7-44)

Yo, Dr. Porfirio Carlas Dominici, Oficial del Estado Civil de la Tercera Circunscripción del Distrito Nacional

República Dominicana, CERTIFICA: Que en los archivos a su cargo, existe una acta de NACIMIENTO registrada con el No. 2194 Libro 1038, Folio 134 del año 1981 de la cual se extraen los datos siguientes:

Que en fecha trece del mes de mayo del año mil novecientos ochenta y uno, el señor José Francisco Campaña Reynoso de 32 años, comerciante, Cédula No 136821, serie 1ra, Declaró que el día dieciseis del mes de noviembre del año mil novecientos setenta y nueve, nació en está ciudad un niño a quien se le ha dado el nombre de: FERNANDO, hijo reconocido del señor declarante y de la señora Sonia Mercedes Jausen Morales de 22 años, de quehaceres domésticos, dominicanos, de este domicilio y residencia.-

ANOTACIONES:

notificada por sentencia de la 2da Cámara Civil del D.N. de fecha 21/7/81.

presente extracto, se expide a petición de parte interesada, en SANTO DOMINGO, República Dominicana, hoy día 5 del mes de ENERO 198_

Dr. Porfirio Carlas Dominici
Oficial del Estado Civil de la 3ra.
Circ. del Distrito Nacional

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

SS 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

Northeastern Program Service Center
155-10 Jamaica Ave.
Jamaica, New York  11432

Date:  February 11, 1998
Claim Number:  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C5

FERNANDO CAMPANA
65 HARRIET STREET
PROVIDENCE RI          02905

We are sending you a check for $1,633.00.  This includes benefits due you through January, 1998.  After that, you'll get a check each month for $548.00.

When we finish our work on your claim, we will send you a letter explaining your benefit amount.  If you should receive more than one check for the same month(s), please let us know right away.  We may be paying you too much money.

If we do pay you too much, you may have to pay back the amount of the overpaid check(s) or we may have to hold back some of your future benefits.

If you have any questions, call us at area code (401) 528-4501.  We can answer most questions over the phone.  You can write or visit any Social Security office.  The office that serves your area is located at:

    SOCIAL SECURITY
    3RD FLOOR
    380 WESTMINISTER ST
    PROVIDENCE RI   02903

If you do call or visit an office, please have this letter with you. It will help us answer your questions.



2402

# Social Security Administration
# **Retirement, Survivors, and Disability Insurance**
Notice of Award

Northeastern Program Service Center
155-10 Jamaica Avenue
Jamaica, New York  11432-3830

Date: December 7, 1998
Claim Number: 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  C5

FERNANDO CAMPANA
14 COLFAX ST
PROVIDENCE RI  02905-3014

We are writing to let you know that you are entitled to monthly child's benefits from Social Security beginning November 1997.

**What We Will Pay**

- Your first payment is for $2,192.00.

- This is the money you are due through November 1998.

- Your next scheduled payment of $555.00 which is for December 1998, will be received on or about the third of January 1999.

- After the first payment, you will receive $555.00 on or about the third of each month.

- Your monthly payments will go to the financial institution you selected.

We will subtract $4,921.00 from your next check. This is the amount we paid you before we finished work on your claim.

**The Basis For Our Decision**

Based on the information given to us, you were born on November 16, 1979.

ENCLOSURE:
SSA-10077
C
                           SEE NEXT PAGE

### Other Social Security Benefits

The benefits described in this letter are the only ones you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

Your benefits are based on the information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Retirement or Survivors Benefits... What You Need to Know". It tells you what must be reported and how to report. Please be sure to read that part of the pamphlet which explains how work could change your payments.

We are paying you because you are a full-time student. Please let us know right away if you change your plans for attending school, or if you are no longer a full-time student at an elementary or high school.

### Do You Think We Are Wrong?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We also may review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

C

SEE NEXT PAGE

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

### If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-401-528-4501. We can answer most questions over the phone. You can write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 3RD FLOOR
> 380 WESTMINISTER ST
> PROVIDENCE RI   02903

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Kenneth S. Apfel*

Kenneth S. Apfel
Commissioner
of Social Security

C

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003
Fee Waiver Request

# FEE WAIVER REQUEST

Fernando Campana Jensen
Name

A 44-44-9-521
Alien Number ("A" Number)

> If more than one alien is included in your appeal or motion, only the lead alien need file this form.

I, Fernando Campana Jensen, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge.

**Assets** 0-0

Wages, Salary $ _____ /month

Other Income _____ /month
(business, profession,
self-employment, rent
payments, interest, etc.)

Cash _____

Checking or Savings Account _____

Property _____
(real estate, automobile,
stocks, bonds, etc.)

Other Financial Support _____ /month
(public assistance, alimony,
child support, parent, spouse,
friends, other family members, etc.)

**Expenses (including dependents)**

Housing $ _____ /month
(rent, mortgage, etc.)

Food _____ /month

Clothing _____ /month

Utilities _____ /month
(phone, electric, gas,
water, etc.)

Transportation _____ /month

Debts, Liabilities _____ /month

Other _____ /month
(specify)

*Fernando Campana*
Signature

12-30-03
Date

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Form EOIR-26A
September 2002

*U.S. GPO: 2002-496-240/62474

6. **State in detail the reason(s) for this appeal. Please refer to the Instructions at part F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.**

Fernando Campana A 44-44-9-521
Defendent states that he is infact a citizen. where as father Did recieve full citizenship where as (aliens and nationality act Ch 12 §§ c1433 (A)(1)
U.S. District Court v Carlos Freja (489. F. Supp. 549.) Petition for Naturalization.
Illegitimate child of naturalized United States citizen qualified for naturalization as "child where, although he was born out of wedlock and not legitimized by his parents.
Immigration and Nationality act §§ 101(c)(1) 322(A)(3)(5b) 8.U.S.C.A § 101(c)
1433(A) 1446(b)
Page (3)

*(Attach additional sheets if necessary)*

7. Do you desire oral argument before the Board of Immigration Appeals?  ☑ Yes  ☐ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?  ☑ Yes  ☐ No

9. x _Campana Fernando_   12-30-03
   Signature of Person Appealing   Date
   *(or attorney or representative)*

Form EOIR-26
Revised Sept. 2002



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

| | |
|---|---|
| **CAMPANA JANSEN, FERNANDO**<br>**26 LONG POND RD H-3- 403**<br>**PLYMOUTH, MA 02360-0000** | **Office of the District Counsel/BO**<br>**P.O. Box 8728**<br>**Boston, MA 02114** |

| | |
|---|---|
| Name: CAMPANA JANSEN, FERNANDO | A44-449-521 |
| Type of Proceeding: Removal | Date of this notice: 01/06/2004 |
| Type of Appeal: Case Appeal | Filed by:   Alien |

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on 01/05/2004 in the above-referenced case.

## PLEASE NOTE:

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for each family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.