UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAMPANA FERNANDO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04cv11443-JLT |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) and (6) for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

    By: s/Frank Crowley
       FRANK CROWLEY
       Special Assistant U.S. Attorney
       Department of Homeland Security
       P.O. Box 8728
       J.F.K. Station
       Boston, MA 02114
       (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 25, 2004.

                      s/Frank Crowley
                      FRANK CROWLEY
                      Special Assistant U.S. Attorney
                      Department of Homeland Security
                      P.O. Box 8728
                      J.F.K. Station
                      Boston, MA 02114