UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMPANA FERNANDO, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04cv11443-JLT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Respondent ) | |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on June 30, 2004.**

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  s/Frank Crowley
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 25, 2004.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114