ATTACHMENT B



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**CAMPANA JANSEN, FERNANDO**
**26 LONG POND RD H-3- 403**
**PLYMOUTH, MA 02360-0000**

Office of the District Counsel/BO
P.O. Box 8728
Boston, MA 02114

Name: **CAMPANA JANSEN, FERNANDO**               A44-449-521

Date of this notice: 05/21/2004

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Frank Krider
Acting Chief Clerk

Enclosure

Panel Members:
    PAULEY, ROGER

| | |
|---|---|
| **U.S. Department of Justice**<br>**Executive Office for Immigration Review**<br><br>Falls Church, Virginia 22041 | **Decision of the Board of Immigration Appeals** |

File:   A44-449-521 - BOSTON

Date:   MAY 2 1 2004

In re:   CAMPANA JANSEN, FERNANDO

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Pro se


ORDER:

   PER CURIAM. We adopt and affirm the decision of the Immigration Judge. See Matter of Burbano, 20 I&N Dec. 872, 874 (BIA 1994) (noting that adoption or affirmance of a decision of an Immigration Judge, in whole or in part, is "simply a statement that the Board's conclusions upon review of the record coincide with those the Immigration Judge articulated in his or her decision"). The respondent argued on appeal that he is a United States citizen because his father was a citizen of this country when his father died in 1986. Despite the respondent's arguments, the respondent has not provided any proof of his father's United States citizenship.  We therefore find no error in the Immigration Judge's determination that the respondent did not derive citizenship in this country through his father. Accordingly, the appeal is dismissed.

_____
FOR THE BOARD