UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAMPANA FERNANDO,
                Petitioner,

            v.                               CIVIL ACTION
                                          NO.  04-11443-JLT

UNITED STATES,
                Respondent.

ORDER OF DISMISSAL

TAURO, D.J.

      In accordance with this Court's order dated June 28, 2004, it is ORDERED that the

within action be and it is hereby dismissed without prejudice.

                            By the Court,

                            s/ Linn A. Weissman
                            Deputy Clerk

Date June 28, 2004

(noticeofdismissal.wpd - 12/98)                              [odism.]