04-11443

# United States Court of Appeals
## For the First Circuit

No. 04-1864

CAMPANA FERNANDO,

Petitioner,

v.

UNITED STATES,

Respondent.

ORDER OF COURT

Entered: July 9, 2004

The district court has transferred petitioner's "Motion for Relief" to this court, and we are treating it as a petition for judicial review of the BIA's May 21, 2004 order. We extend the district court's temporary stay until July 23, 2004. If petitioner wishes to remain in this country past July 23, 2004, then he must promptly file a motion for stay in this court and must present to this court his argument for why he thinks the immigration judge and BIA erred in concluding that petitioner had presented no evidence that petitioner's father is a United States citizen (other than petitioner's undocumented assertion of citizenship). If petitioner fails timely to file a motion for stay as described so that the motion reaches this court by July 20, 2004, then this stay will expire at the close of business on July 23, 2004.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By _____ Date: _____

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARK R. SYSKA__
Chief Deputy Clerk.

[certified copies: Judge Tauro, Tony Anastas, Clerk]
[cc: Campana Fernando, Frank Crowley, Esq., Valarie Dickson]