

# United States Court of Appeals
## For the First Circuit

No. 04-1864
D. C. #04-11443
J. Tauro

FERNANDO CAMPANA,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  November 9, 2004

    Having reviewed the administrative record and the supplemental materials petitioner has provided, we conclude that petitioner has not presented any evidence from which it could be concluded that petitioner's father was a naturalized citizen of the United States. Consequently, the petition for judicial review is <u>dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
      MARGARET CARTER
      Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: NOV 0 9 2004

```
Certified Copies to Hon. Joseph Tauro; Mr. Ruane, Acting Clerk
USDC; INS
cc:   Messrs. Campana, Jentzer, Crowley & Ms. Dickson
```