# United States Court of Appeals
## For the First Circuit

No. 04-1864
D. C. #04-11443
J. Tauro

**MANDATE**

FERNANDO CAMPANA,

Petitioner,

v.

UNITED STATES,

Respondent.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JAN 03 2005

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: November 9, 2004

    Having reviewed the administrative record and the supplemental materials petitioner has provided, we conclude that petitioner has not presented any evidence from which it could be concluded that petitioner's father was a naturalized citizen of the United States. Consequently, the petition for judicial review is <u>dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**
By: _____
      Chief Deputy Clerk.

```
Certified Copies to Hon. Joseph Tauro; Mr. Ruane, Acting Clerk
USDC; INS
cc:  Messrs. Campana, Jentzer, Crowley & Ms. Dickson
```